**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MARILYN FERNANDA ESCAMILLA TERRON** | **CIVIL ACTION NO. 6:26-CV-4442 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MICHAEL NEAL, ET AL.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Petitioner Marilyn Fernanda Escamilla Terron ("Escamilla Terron"), an immigration detainee at the South Louisiana ICE Processing Center in Basile, Louisiana ("SLIPC").

Escamilla Terron is a pregnant detainee. The Petition alleges that Ms. Escamilla Terron's conditions of confinement at SLIPC have caused significant physical and emotional distress and jeopardized her well-being during pregnancy. She complains of inadequate nutrition, overcrowded and disruptive living conditions, sleep deprivation, and verbal harassment by facility staff. She further alleges that a guard subjected her to a pat-down search and initiated disciplinary proceedings against her after she attempted to return to her housing unit with milk she had been permitted to keep because of her pregnancy. She also reports sleeplessness, nightmares, flashbacks, and intrusive thoughts, and was diagnosed with major depressive disorder, with further evaluation for PTSD recommended. Finally, she alleges inadequate prenatal medical care, including the facility's failure to provide

antibiotics prescribed following a hospital visit for severe abdominal pain or to provide updates concerning her unborn child's health. She has no criminal history.

ICE Directive 11032.4 provides that pregnant individuals generally should not be detained — or, if already detained, should be released — unless release is prohibited by law or exceptional circumstances exist. Doc. 1 at 9-10.

To determine whether Escamilla Terron is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 1) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and
- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within **7 days** after electronic service of the Petition and this Order, with supporting summary judgment evidence.

IT IS FURTHER ORDERED that Petitioner shall have **3 days** to reply.

IT IS FURTHER ORDERED that Petitioner's First Motion to Expedite (Doc. 3) is GRANTED.

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Lafayette, Louisiana on this 10th day of November, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE